## J. McClure Mason *vs.* Jacob P. Gauer.

*Failure to Transmit record in time.*

Where an appeal is taken, and the record of the case is not transmitted within the time limited, and it does not appear that the delay was due to the omission or inability of the clerk of the Court below, the appeal will be dismissed, the presumption being that it was the fault of the appellant.

Appeal from the Circuit Court for Garrett County.

The case is stated in the opinion of the Court.

The cause was submitted to Alvey, C. J., Yellott, Miller, Robinson, Irving, and Bryan, J.

No appearance.for the appellant.

*John W. Veitch,* and *William P. Townshend,* for the appellee.

Robinson, J., delivered the opinion of the Court.

When the appeal was taken in this case, a party was allowed six months from the time the appeal was prayed within which to transmit the record to this Court.

In this case the appeal was taken on the 5th of December, 1882, and the record was not transmitted until the 10th of August, 1883, more than eight months from the time the appeal was prayed.

It does not appear that this delay was owing to the omission or inability of the clerk of the Court below, and we must presume that it was the fault of the appellant.

The appeal must therefore be dismissed.

*Appeal dismissed.*

(Decided 18th June, 1884.)